# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN MASSAGE THERAPY ASSOCIATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, )<br><br>Defendants. ) | Case Number: 1:24-cv-01670-RJL |

## NOTICE OF ERRATA TO DECLARATION OF MIKE WILLIAMS, ECF NO. 3-4

**PLEASE TAKE NOTICE** that on June 7, 2024, plaintiff American Massage Therapy Association ("AMTA") filed a Motion for Preliminary Injunction, ECF No. 3, which is supported by a series of exhibits and declarations.  After filing its Motion for Preliminary Injunction, AMTA learned of two minor inaccuracies in the Declaration of Mike Williams of Center for Massage & Natural Health in Support of Plaintiff's Motion for a Preliminary Injunction ("Williams Declaration") (ECF No. 3-4.):

1.  Paragraph 8 of the Williams Declaration states: "The Center has participated in Title IV federal student aid funding through the Department since **2007**."  The correct year is 2009 and the first sentence of paragraph 8 should read, "The Center has participated in Title IV federal student aid funding through the Department since **2009**."

2.  Paragraph 13 of the Williams Declaration states: "In designing its massage therapy curriculum, since **2007** the Center has relied upon the Department's '150 Percent Rule,' . . . ."  The correct year is 2009 and the first sentence of paragraph 13 should read, "In designing its massage

therapy curriculum, since **2009** the Center has relied upon the Department's '150 Percent Rule,'. . . ."

A Corrected Declaration of Mike Williams of Center for Massage & Natural Health in Support of Plaintiff's Motion for a Preliminary Injunction is attached hereto as Exhibit A.

Dated: June 25, 2024                                  Respectfully Submitted,

      /s/ Drew T. Dorner
John M. Simpson (D.C. Bar No. 256412)
Drew T. Dorner (D.C. Bar No. 1035125)
Duane Morris LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C.  20001-4795
Telephone:  +1 202 776 7800
Fax:  +1 202 776 7801
E-mail:  jmsimpson@duanemorris.com
E-mail:  dtdorner@duanemorris.com

Edward M. Cramp (PHV motion pending)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Fax: +1 619 744 2201
E-mail: emcramp@duanemorris.com

*Attorneys for Plaintiff*