# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION,** 500 Davis Street, Suite 900, Evanston, IL 60201<br><br>                    Plaintiffs,<br><br>        v.<br><br>**U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA,** in his official capacity as Secretary, 400 Maryland Avenue, S.W. Washington, D.C. 20202<br><br>                    Defendants. | Case Number:  1:24-cv-01670-RJL |

## CORRECTED DECLARATION OF MIKE WILLIAMS OF CENTER FOR MASSAGE & NATURAL HEALTH IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Mike Williams, declare as follows:

1.      I am over the age of 18 years and I am competent to make this declaration. I have personal knowledge of the facts set forth herein, except for those facts stated on information and belief and, as to those facts, I am informed and believe them to be true. If called as a witness, I could and would testify as to the matters set forth below based upon my personal knowledge.

2.      I am the President of the Center for Massage & Natural Health ("the Center") in Asheville, North Carolina.  My wife and I have been operating the Center, a small family business, since 2015, and have owned it since 2017.

3.      The Center was founded 25 years ago and is a private, accredited college teaching massage therapy.  The Center's massage therapy certificate program is currently 654 hours and takes six months to complete.  Approximately 60-65 students graduate from the program each year.  The Center's completion rates are consistently in the range of 88-94 percent.

4.      The Center's massage therapy program has been accredited by the Commission on Massage Therapy Accreditation (COMTA) since 2007.  COMTA is the only accreditor fully dedicated to massage therapy and esthetics, and has been recognized by the U.S. Department of Education ("Department") as a specialized accrediting agency since 2002.  COMTA accreditation reflects the needs of the profession nationwide.

5.      The Center was the first massage therapy school to receive approval from the North Carolina State Board of Massage & Bodywork Therapy ("State Board") in 2000 and has maintained that approval to the present.  Any substantive changes to the Center's program would need to be approved by both COMTA and the State Board.

6.      The Center's massage therapy students are 75 percent female and 25 percent male.  The majority are between the ages of 27 and 35, and most of them had some work experience before enrolling in massage school.  Many of our students also attained college degrees before enrolling in our program.

7.      Currently, the majority of our graduates practice in the state of North Carolina but each year we enroll approximately 10-15 students from neighboring states within driving distance, such as South Carolina, Georgia, Tennessee and Virginia.  Since South Carolina is about 40 minutes from our school, we plan to grow our enrollment to include more South Carolina residents and students who plan to practice there.  The Center is a very popular and well-known program in the area and we have students who drive two hours each way to attend, so we expect more South Carolina residents to enroll in our school in the future.

8.      The Center has participated in Title IV federal student aid funding through the Department since 2009.  Our school is located in the Appalachian Mountains, which has a high percentage of residents who are economically disadvantaged.  Sixty-six percent of the Center's students use federal funding to pay for their education, with approximately 39 percent of them using both Pell Grants and federal student loans.  It is my understanding that pursuant to Department regulations, Pell Grants are only available to students in gainful employment programs ("GE Programs") that are 600 clock hours or more.

9.      The total cost for the Center's massage therapy program is $9,695, which is one of the lower-priced massage therapy programs in the United States.  The Center also provides graduates with a massage table at graduation, as well as access to an online MBLEx test preparation program.  We also offer a modest academic scholarship for students with a 3.5 or higher high school GPA or a bachelor's degree, which constitutes about 30 percent of our students.

10.     Currently, in order to become licensed as a massage therapist in the State of North Carolina, applicants must complete at least 500 hours of supervised classroom instruction from a State Board approved school, and pass one of two licensing exams.

11.     The most widely used massage therapy licensing exam nationwide is the Massage and Bodywork Licensing Exam, known as the "MBLEx," which is offered by the Federation of State Massage Therapy Boards (FSMTB).  For the past five years, approximately 90 percent of the Center's graduates pass the MBLEx on their first attempt.  The national average pass rate is 72 percent.  The FSMTB in recent years has suggested that massage therapy schools provide a curriculum of between 625-650 hours to ensure optimal MBLEx passage rates based on study results.

12.     Our massage therapy programs have a job placement rate of 75-80 percent within six months of graduation.  The Center's graduates are sought after by local employers, which include several highly regarded destination resort spas in the Asheville area.  The Center's graduates who work at local resort spas can earn between $60,000 and $80,000 annually, plus tips, and those who work for franchise day spas such as Massage Envy can earn $45,000 to $55,000 per year, plus tips, in an entry-level position.

13.     In designing its massage therapy curriculum, since 2009 the Center has relied upon the Department's "150 Percent Rule," which states that in order to qualify for federal student aid funding, the duration of GE Programs can be as long as 150 percent of the minimum clock hours or credit hours required for licensure in the state in which the school is located or the minimum hours of an adjacent state.  Since North Carolina has a 500-hour minimum for massage therapy licensure, the Center's program of 654 hours falls well within the parameters of the 150 Percent Rule.

14.     I understand that the Department recently modified the 150 Percent Rule and a new rule will go into effect on July 1, 2024 ("the Final Rule").  The Final Rule will now require our massage therapy program to be limited to the North Carolina state minimum of 500 clock hours, unless we could demonstrate that a majority of our graduates plan to work in another state that has a higher minimum number of clock hours for massage licensure.  As stated previously, we do have a base of students from South Carolina and we planned to expand our enrollments to include more students from South Carolina, which has a state minimum of 650 hours as of May 26, 2024.  However, the Center has not been surveying its enrollees to gauge where they intend to practice upon graduation, or our graduates to determine where they are currently practicing, so it would not be feasible to compile written data to satisfy this exception.

15.     If the Final Rule goes into effect, it will have a devastating impact on the Center. First, we would need to reduce the hours of our program to 500, which would exclude Pell Grant recipients from funding their massage therapy education with grants.  In my experience, Pell Grant recipients truly need grants to attend school because they come from disadvantaged backgrounds, and the Pell Grant typically covers more than half of the cost of tuition.  This reduces the overall amount these students need to borrow in federal loans.  If our program were no longer eligible for Pell Grants, many of the students who would otherwise qualify for Pell Grants will not be able to afford to attend our school.  We estimate a 44 percent reduction in enrollment as a direct result of the loss of Pell Grant eligibility.  This reduction in enrollment would result in a revenue loss of at least 36 percent, or more than $234,000 in revenue per year out of an average $660,000 in revenue for the past five years.  This revenue loss was calculated based on the combined institutional school fees as well as the loss in student clinic revenue due to lower student enrollment and a loss of funding.

16.     A 36 percent drop in revenue would be catastrophic to any small business, particularly a small school like the Center with a requirement to have a physical facility and related fixed costs.  If the Final Rule goes into effect, it will likely force us to do extensive layoffs, reduce faculty, and substantially downsize overhead.  Particularly concerning is the impact and

nature of our long-term lease expense that cannot easily be reduced or renegotiated with such limited notice, leaving the institution with nearly impossible choices should the Final Rule be implemented on July 1, 2024.

17.     We would likely have to stop providing our graduates with a massage table and access to the MBLEx test preparation program, which would cause our graduates to spend their own money to purchase a table for use in their practice and could negatively impact their MBLEx passage rates.  If the Center is forced to reduce its program to 500 hours to maintain eligibility for federal funding, it would no longer be able to attract students from other states with higher hours requirements such as South Carolina.  Ultimately, the impact of the Final Rule could result in the school closing altogether.

18.     Moreover, a reduction in curriculum hours will prevent us from adequately preparing our students to pass the MBLEx and be in demand by employers.  Indeed, studies conducted by the Federation of State Massage Therapy Boards (FSMTB) demonstrate that graduates of massage therapy programs with 600-650 hours have a higher MBLEx pass rate than graduates of schools with only 500 hours of training.

19.     If we are forced to reduce our curriculum to 500 hours, we would have to cut our bodywork curriculum by 30 percent; our anatomy and body systems curriculum by 25 percent; and our professional ethics, business and laws curriculum by 25 percent.  The 30 percent reduction in bodywork hours will provide our graduates with fewer skills, which will result in lower job placement rates.  In my professional experience, the 25 percent reduction in anatomy and body systems will result in lower MBLEx passage rates, which necessarily reduces job placement rates because passing the exam is a prerequisite to licensure.  The 25 percent reduction in professional ethics, business and laws curriculum will result in our graduates having less professional knowledge that is necessary for practicing massage therapy and running a massage business. Since the Center must also meet the state's specific massage therapy curriculum requirements there is little, if any, flexibility in adjusting the curriculum.

20.     Notwithstanding the loss of medical science education, there is also a distinct

connection between learning the anatomy and actual "hands-on" learning in bodywork classes. This reduces the ability to commit knowledge and skills to long-term memory when the students practice on each other in the classroom with instructional supervision. Beyond the classroom, there will also be a loss of basic skills and readiness to conduct a "hiring practical" massage, which employers require before hiring a massage therapist.

21.     Overall, I would not be surprised to see a 10-15 percent drop in the MBLEx passing rate as well as a drop in initial hiring due to the need for our graduates to be more skilled. This is a key reason that simply lowering program hours will negatively impact student outcome measures and will actually produce unintended consequences that fly in the face of the gainful employment rules' mission. In summary, prospective students and graduates of our program will pay the ultimate price since many will be foreclosed from pursuing a career in massage therapy, and those who complete a shortened program will be less prepared to pass the licensing exam and less desirable job candidates.

22.     If the Center were forced to close its doors, it would have a fundamental impact on the Asheville community. The local destination resort spas rely on our graduates for staffing, and our local residents rely on our student clinic for affordable natural bodywork. Approximately 3,000 local residents receive massages in our clinic each year, which cost only $39 for one hour. Many of these customers have told me that the massage they received from one of our students was better than a $230 massage they received at one of the nearby resort spas. We anticipate losing about 1,250 of these clinical events annually if the Final Rule is implemented. This will impact our vendor suppliers and our community, who rely on our clinic to provide affordable natural bodywork care.

23.     Since I learned about the Final Rule, I have been in touch with the State Board about increasing the state's minimum clock hours for massage therapy licensing. At its meeting on February 15, 2024, the State Board voted to support an increase to 650 hours, but the state legislature must implement any such change. In addition, the State Board has not yet published any new curriculum standards based on a 650-hour minimum. Annexed hereto as **Exhibit A** is a

true and accurate copy of a letter dated April 23, 2024 from the State Board's Legal Counsel, Charles Wilkins, which discusses the status of the State Board's request and how the Final Rule will affect all massage schools in North Carolina.

24.     I understand that it could take 8-12 months for any increase in the minimum clock hours for licensure to pass through the North Carolina legislature.  In the meantime, if the Final Rule goes into effect, the Center would have to immediately modify its curriculum to meet the state minimum of 500 hours.  This would require approval by our accreditor, COMTA, and the State Board, which will take several months.  Given the short time period before the Final Rule goes into effect, we will not receive approval before the effective date.  If the state legislature later increased the state minimum to 650 hours, the Center would have to modify its curriculum again to increase the hours to 650, which would also require approval from COMTA and the State Board.

25.     On April 26, 2024, I sent a memorandum to the Department explaining the challenges presented by the Final Rule, and requested relief from future enforcement while the North Carolina legislature and the State Board implemented the changes discussed above.  A true and accurate copy of that memorandum is annexed hereto as **Exhibit B**.  I received an email response from the Department on April 30, 2024, thanking me for the information and informing me that the Department would provide a follow up if necessary as soon as possible.  A true and accurate copy of that email is annexed hereto as **Exhibit C**.  I have not heard anything from the Department since, and I have received no assurances that it will provide the Center with any relief from enforcement after July 1, 2024.

///

///

///

///

///

///

///

7

26.     In summary, if the Final Rule goes into effect on July 1, 2024, the Center will not be able to comply in time due to circumstances beyond its control, and students who rely on Pell Grants will be prevented from pursuing a career in massage and bodywork.  Ultimately, the Center may be forced to close its doors as a result of the Final Rule.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of June, 2024, in Asheville, North Carolina.

_____
Mike Williams