IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION, et al.**,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 24-cv-1670 (RJL)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF
TIME TO RESPOND TO THE COMPLAINT**

Defendants' response to the complaint in this challenge to a U.S. Department of Education rule is currently due this Friday, August 9. Defendants respectfully seek a two-week extension of their time to respond, until August 23. This extension will provide adequate time for Defendants to serve the administrative record on Plaintiff before preparing a response to the complaint, and will allow the parties to continue to negotiate a proposed schedule for this case, which may contain an additional modification of the response deadline.

Plaintiff consents to this relief. A proposed order is attached.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW

                                                      Washington, DC 20530
                                                      James.Bickford@usdoj.gov
                                                      Telephone: (202) 305-7632
                                                      Facsimile: (202) 616-8470

                                                      *Counsel for Defendants*

Date: August 6, 2024