UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN MASSAGE THERAPY ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION and MIGUEL CARDONA, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Case Number: 1:24-cv-01670-RJL |

**JOINT STATEMENT ON STATUS OF PRELIMINARY INJUNCTION
AND PROPOSED BRIEFING SCHEDULE**

Plaintiff, the American Massage Therapy Association ("AMTA"), and defendants, the U.S. Department of Education and Secretary of Education Miguel Cardona (collectively, the "Department"), having conferred regarding the matters raised in the Court's Minute Order dated August 13, 2024, state as follows:

1. As the Court is aware, another district court has issued a nationwide preliminary injunction in a challenge related to the rule at issue here. *See* Mem. Op. & Order, ECF No. 30 (June 21, 2024) and Order (July 2, 2024), *360 Degrees Education, LLC, et al. v. U.S. Department of Education, et al.*, No. 4:24-cv-00509-P (N.D. Tex.) ("Texas Action"). The Department has moved to dismiss the Texas Action or, in the alternative, to transfer the Texas Action to this Court. That motion is ripe for a decision, but the district court has not yet issued an opinion or order.

2. In light of the preliminary injunction in the Texas Action, AMTA is willing to withdraw its Motion for Preliminary Injunction in this case, without prejudice to refiling as discussed in paragraph 3 below.

3.  If the preliminary injunction issued in the Texas Action is rescinded, terminated, or modified, AMTA reserves the right to re-file a motion for preliminary relief in this case. The Department agrees that it will not oppose any such renewed motion on the basis of delay (with respect to the time period during which the injunction in the Texas Action was in effect) or on the basis that AMTA voluntarily withdrew its initial Motion for Preliminary Relief.

4.  AMTA agrees to waive the Department's obligation to answer the complaint, and the Department reserves the right to raise threshold objections to the complaint in its dispositive briefing.

5.  In accordance with the Court's statements during the hearing on June 27, 2024, as confirmed in the Court's Minute Order of August 13, 2024, AMTA and the Department propose the following schedule for further proceedings in this case, subject to modification for good cause:

    a.  **August 30, 2024:** The Department shall serve the administrative record upon AMTA and file the index with the Court.

    b.  **October 22, 2024:** The parties shall file cross-motions for summary judgment on the merits.

    c.  **November 20, 2024:** The parties shall file oppositions to each other's cross-motions for summary judgment.

    d.  **December 12, 2024:** The parties may file reply briefs of up to 12 pages in support of their respective motions for summary judgment.

6.  A proposed order consistent with the above accompanies this Joint Statement.

Dated: August 23, 2024

Respectfully Submitted,

| | |
|---|---|
| /s/ Drew T. Dorner<br>John M. Simpson (D.C. Bar No. 256412)<br>Drew T. Dorner (D.C. Bar No. 1035125)<br>Duane Morris LLP<br>901 New York Avenue NW, Suite 700 East<br>Washington, D.C. 20001-4795<br>Telephone: +1 202 776 7800<br>Fax: +1 202 776 7801<br>E-mail: jmsimpson@duanemorris.com<br>E-mail: dtdorner@duanemorris.com<br><br>Edward M. Cramp (admitted *pro hac vice*)<br>Duane Morris LLP<br>750 B Street, Suite 2900<br>San Diego, CA 92101-4681<br>Telephone: +1 619 744 2200<br>Fax: +1 619 744 2201<br>E-mail: emcramp@duanemorris.com<br><br>*Attorneys for the American Massage Therapy Association* | Brian M. Boynton<br>Principal Deputy Assistant Attorney General<br><br>Marcia Berman<br>Assistant Director, Federal Programs Branch<br><br>/s/ James Bickford<br>James Bickford (N.Y. Bar No. 5163498)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, DC 20530<br>Telephone: +1 202 305-7632<br>Fax: +1 202 616-8470<br>E-mail: James.Bickford@usdoj.gov<br><br>*Attorneys for the U.S. Department of Education and Secretary Miguel Cardona* |