#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION**, <br><br>  Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF EDUCATION, et al.**, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Case No. 24-cv-1670 (RJL) |

#### DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME

The parties are scheduled to file reply briefs in support of their cross-motions for summary judgment this coming Friday, February 14.  *See* Minute Order of Jan. 8, 2025.  Defendants respectfully request that the Court extend this deadline by two weeks, until February 28.

As the Court is aware, the rule challenged here is subject to a nationwide preliminary injunction issued by another district court in *360 Degrees Education, LLC v. U.S. Department of Education*, Case No. 4:24-cv-508 (N.D. Tex.).  That case is stayed pending the resolution of administrative enforcement proceedings against one of the plaintiffs.  *See 360 Degrees*, ECF Nos. 57 & 67.  On Friday, Defendants filed a consent motion to stay those administrative proceedings for sixty (60) days, to allow Defendants' new leadership to review the arguments and legal interpretations being advanced there.  Once that stay is granted, Defendants expect to seek an equal stay of this case, on similar grounds.

Plaintiff consents to a two-week extension of the parties' reply deadline.  A proposed order is attached.

- 2 -

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: February 11, 2025