**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    Case No. 24-cv-1670 (RJL) ) |
| **U.S. DEPARTMENT OF EDUCATION, et al.**, | ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' CONSENT MOTION FOR A STAY OF ALL DEADLINES**

The parties are scheduled to file reply briefs in support of their cross-motions for summary judgment this coming Friday, February 28. *See* Minute Order of Feb. 13, 2025. Defendants respectfully request that the Court stay all deadlines in this matter until April 21, 2025, to allow Defendants' new leadership sufficient time to review the arguments and legal interpretations being advanced in this case. Defendants also seek leave to file a joint status report proposing a schedule for further proceedings before the stay expires.

As the Court is aware, the rule challenged here is subject to a nationwide preliminary injunction issued by another district court in *360 Degrees Education, LLC v. U.S. Department of Education*, Case No. 4:24-cv-508 (N.D. Tex.). That case is stayed pending the resolution of administrative enforcement proceedings against one of the plaintiffs. *See 360 Degrees*, ECF Nos. 57 & 67. Those proceedings have been stayed, in turn, to allow Defendants' new leadership to review the arguments and legal interpretations being advanced there. The stay of the administrative proceedings will last until at least April 14, and Defendants may seek to extend it further.

Plaintiff consents to this relief. A proposed order is attached.

Respectfully submitted,

ERIC J. HAMILTON
Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: February 26, 2025