IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION**,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF EDUCATION, et al.**,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 24-cv-1670 (RJL)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of February 27, 2025, the parties submit the following joint status report. As the Court is aware, the rule challenged here is subject to a nationwide preliminary injunction issued by another district court in *360 Degrees Education, LLC v. U.S. Department of Education*, Case No. 4:24-cv-508 (N.D. Tex.). That case is stayed pending the resolution of administrative enforcement proceedings against one of the plaintiffs. *See 360 Degrees*, ECF Nos. 57 & 67. Those administrative proceedings have been stayed, in turn, to allow Defendants' new leadership to review the arguments and legal interpretations being advanced there. The stay of the administrative proceedings is currently scheduled to extend through May 15. Defendants have agreed to promptly notify Plaintiff, the American Massage Therapy Association, if the stay is lifted before that date.

In this case, the parties have filed cross-motions for summary judgment, ECF Nos. 25 & 26, and opposition briefs, ECF Nos. 28 & 29. The case is currently stayed to allow Defendants' new leadership sufficient time to review the arguments and legal interpretations being advanced here. *See* Minute Order of Feb. 27, 2025.

Defendants request that the stay of this matter be extended through May 21, 2025, and that the parties be permitted to file a joint status report proposing a schedule for further proceedings before the stay expires. Plaintiff consents to Defendants' requests. Defendants understand that Plaintiff may seek to lift the stay before that date if the stay of the administrative enforcement proceeding discussed above terminates before May 15.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

and

/s/ Drew T. Dorner
John M. Simpson (D.C. Bar No. 256412)
Drew T. Dorner (D.C. Bar No. 1035125)
Duane Morris LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C. 20001-4795
Telephone: +1 202 776 7800
Fax: +1 202 776 7801
E-mail: jmsimpson@duanemorris.com
E-mail: dtdorner@duanemorris.com

Edward M. Cramp (admitted *pro hac vice*)
Deanna J. Lucci (admitted *pro hac vice*)

- 3 -

                                      Duane Morris LLP
                                      750 B Street, Suite 2900
                                      San Diego, CA 92101-4681
                                      Telephone: +1 619 744 2200
                                      Fax: +1 619 744 2201
                                      E-mail: emcramp@duanemorris.com
                                      E-mail: djlucci@duanemorris.com

*Counsel for the American Massage Therapy Association*

Date: April 21, 2025