IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION**, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 24-cv-1670 (RJL) |
| **U.S. DEPARTMENT OF EDUCATION, et al.**, | ) ) ) |
| Defendants. | ) ) ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of April 23, 2025, the parties submit the following joint status report. As the Court is aware, the rule challenged here is subject to a nationwide preliminary injunction issued by another district court in *360 Degrees Education, LLC v. U.S. Department of Education*, Case No. 4:24-cv-508 (N.D. Tex.). That case has been stayed since September 2024; the preliminary injunction remains in effect. *See 360 Degrees*, ECF Nos. 57 & 67. The administrative enforcement proceedings that prompted the stay were recently dismissed by the Department of Education, but the parties in that case have not yet conferred nor submitted a proposal for further proceedings to the Texas district court.

In this case, the parties have filed cross-motions for summary judgment, ECF Nos. 25 & 26, and opposition briefs, ECF Nos. 28 & 29. This case has been stayed since February of this year, to allow Defendants' new leadership sufficient time to review the arguments and legal interpretations being advanced here. *See* Minute Order of Feb. 27, 2025.

Defendants request that the stay of this matter be extended through July 21, 2025, while the Department of Education continues to consider its position regarding this case and the underlying rule at issue here, and that the parties be permitted to file another joint status report

before the stay expires.  Plaintiff consents to Defendants' requests, but without prejudice to its right to seek to lift the stay in this action and/or to move for preliminary relief in the event the action in Texas (or the injunction therein) is terminated.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director

/s/ James Bickford
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

and

/s/ Drew T. Dorner
John M. Simpson (D.C. Bar No. 256412)
Drew T. Dorner (D.C. Bar No. 1035125)
Duane Morris LLP
901 New York Avenue NW, Suite 700 East
Washington, D.C.  20001-4795
Telephone:  +1 202 776 7800
Fax:  +1 202 776 7801
E-mail:  jmsimpson@duanemorris.com
E-mail:  dtdorner@duanemorris.com

Edward M. Cramp (admitted *pro hac vice*)
Deanna J. Lucci (admitted *pro hac vice*)
Duane Morris LLP
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200

- 3 -

                                                Fax: +1 619 744 2201
                                                E-mail: emcramp@duanemorris.com
                                                E-mail: djlucci@duanemorris.com

*Counsel for the American Massage Therapy Association*

Date: May 21, 2025