IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN MASSAGE THERAPY ASSOCIATION**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF EDUCATION, et al.**, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 24-cv-1670 (RJL) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of May 29, 2025, the parties submit the following joint status report. As the Court is aware, the rule challenged here is subject to a nationwide preliminary injunction issued by another district court in *360 Degrees Education, LLC v. U.S. Department of Education*, Case No. 4:24-cv-508 (N.D. Tex.). That case has been stayed since September 2024; the preliminary injunction remains in effect. *See 360 Degrees*, ECF Nos. 57 & 67. The administrative enforcement proceedings that prompted the stay have been dismissed by the Department of Education, and the parties in that case have not yet submitted a proposal for further proceedings to the district court.

In this case, the parties have filed cross-motions for summary judgment, ECF Nos. 25 & 26, and opposition briefs, ECF Nos. 28 & 29. This case has been stayed since February of this year, to allow Defendants' new leadership sufficient time to review the arguments and legal interpretations being advanced here. *See* Minute Order of Feb. 27, 2025.

Defendants now report that they intend to reconsider the challenged rule in negotiated rulemaking later this year. Defendants therefore request that the stay of this matter be extended through January 21, 2026, and that the parties be permitted to file another joint status report before

the stay expires. Plaintiff consents to Defendants' requests, without prejudice to its right to seek to lift the stay in this action and/or to move for preliminary relief in the event the action in Texas (or the injunction therein) is terminated.

                Respectfully submitted,

                BRETT A. SHUMATE
                Acting Assistant Attorney General

                MICHELLE BENNETT
                Assistant Director

                */s/ James Bickford*
                JAMES BICKFORD
                Trial Attorney (N.Y. Bar No. 5163498)
                United States Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, DC 20530
                James.Bickford@usdoj.gov
                Telephone: (202) 305-7632
                Facsimile: (202) 616-8470

                *Counsel for Defendants*

                  and

                */s/ Drew T. Dorner*
                John M. Simpson (D.C. Bar No. 256412)
                Drew T. Dorner (D.C. Bar No. 1035125)
                Duane Morris LLP
                901 New York Avenue NW, Suite 700 East
                Washington, D.C. 20001-4795
                Telephone: +1 202 776 7800
                Fax: +1 202 776 7801
                E-mail: jmsimpson@duanemorris.com
                E-mail: dtdorner@duanemorris.com

                Edward M. Cramp (admitted *pro hac vice*)
                Deanna J. Lucci (admitted *pro hac vice*)
                Duane Morris LLP
                750 B Street, Suite 2900
                San Diego, CA 92101-4681
                Telephone: +1 619 744 2200

- 3 -

                                            Fax: +1 619 744 2201
                                            E-mail: emcramp@duanemorris.com
                                            E-mail: djlucci@duanemorris.com

*Counsel for the American Massage Therapy Association*

Date: July 21, 2025